# Exhibit A

## Curriculum Vitae of Mark A. Roberts, M.D., Ph.D., FACOEM

# CURRICULUM VITAE

**Name:** Mark A. Roberts, M.D., Ph.D., FACOEM
Principal Scientist
Health Practice

**Address:** Exponent
185 Hansen Court, Suite 100
Wood Dale, IL 60191

Telephone: 630.274.3222
Facsimile: 630.274.3299
Cell: 312.961.9391
E-mail: mroberts@exponent.com

## EDUCATION

| | | |
|---|---|---|
| 1967-69 | A.S. | Pre-Veterinary Medicine. Murray State College, Tishomingo, OK |
| 1969-71 | B.S. | Zoology. University of Oklahoma, Norman, OK |
| 1971-72 | M.Ed. | Higher Education, Student Personnel Services, University of Oklahoma, Norman, OK |
| 1972-74 | M.P.H. | Biostatistics and Epidemiology. University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1974-79 | Ph.D. | Biostatistics and Epidemiology. University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1982-86 | M.D. | College of Medicine. University of Oklahoma, Health Sciences Center, Oklahoma City, OK |

## POST GRADUATE TRAINING

| | |
|---|---|
| 1986-87 | Intern, Family Medicine, University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1987-89 | Resident Occupational Medicine Program University of Oklahoma, Health Sciences Center, Oklahoma City, OK |
| 1989-90 | Research Fellow in Occupational Medicine Program University of Oklahoma, Health Science Center Oklahoma City, OK |
| 1990 | American College of Occupational Medicine, Medical Review Officer Training Course for Urine Drug Testing, October 12-13, 1990, Pittsburgh, PA |
| 1996 | American College of Occupational and Environmental Medicine, Medical Review Officer Refresher Course, October 27, 1996, Toronto, Ontario, Canada |

## MEDICAL SPECIALTY BOARD CERTIFICATION

1991-present     American Board of Preventive Medicine, Occupational Medicine

## LICENSURE

1988-present     Oklahoma 16402
1990-present     Wisconsin 31165
1998-present     Illinois 0036-098014

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1972-1979 | Staff Positions, Epidemiology Program, Division of Communicable Disease Control, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1979-1982 | State Epidemiologist and Chief of the Epidemiology Service, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1982-1986 | Consultant Environmental Epidemiologist, Environmental Health Services, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1987-1990 | Medical/Environmental Epidemiologist, Environmental Health Services, Oklahoma State Department of Health, Oklahoma City, OK. |
| 1990-1996 | Assistant Professor, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1991-1997 | Medical Director, Employee Health Services, Miller Brewery, Aldrich Chemicals, St. Mary's Hospital, Wisconsin Centrifugal and Wisconsin Bell Milwaukee, WI. |
| 1994-1997 | Residency Programs Director, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1994-1997 | Assistant Professor, Medical College of Wisconsin, Health Policy Institute (Epidemiology), Milwaukee, WI. |
| 1995-1997 | Acting Chairman, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1995-1997 | Medical Consultant, Rowan & Blewitt, Inc., Washington, DC. |
| 1996-1997 | Associate Professor, Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, WI. |
| 1996-1997 | Medical Director, Medical College of Wisconsin, Occupational Health Clinic |
| 1997-98 | Associate Corporate Medical Director, Amoco Corporation, Chicago, IL. |
| 1998-00 | Associate Corporate Medical Director and Regional Medical Advisor for North America, BP Inc, London, UK. |
| 2000- 03 | Corporate Medical Director and Regional Medical Advisor for North America, BP Inc., London, UK. |
| 2003-07 | Senior Managing Scientist, Exponent, Chicago, IL. |

## PROFESSIONAL EXPERIENCE (continued)

2007-present   Principal Scientist, Exponent, Chicago, IL.

2009-present   Director, Exponent Center for Occupational and Environmental Health

**Boards, Panels, Committees and Directorships**

| | |
|---|---|
| 1990-1995 | Health Studies Review Group, Agency for Toxic Substances and Disease Registry, Division of Health Studies, Atlanta, Georgia. |
| 1991-1996 | Member, Public Health Committee, Medical Society of Milwaukee County, Milwaukee, Wisconsin. |
| 1991-1994 | Member, Commission on Environmental and Occupational Health, State Medical Society of Wisconsin, Madison, Wisconsin. |
| 1991-1998 | Representative of the State Medical Society, Wisconsin Hospital Association's Task Force on Environmental Issues, Madison, Wisconsin. |
| 1991-1992 | Special Committee on Medical Waste Disposal, Wisconsin Department of Natural Resources, Madison, Wisconsin. |
| 1991-1993 | Member of Public Health Advisory Forum, Wisconsin Department of Health and Social Services, Division Health, Madison, Wisconsin. |
| 1992-present | Member, Environmental Medicine Committee, American College of Occupational and Environmental Medicine, Arlington Heights, Illinois. |
| 1993-1997 | Chairman, Committee on Liaison with Governmental Agencies, Council on External Affairs, American College of Occupational and Environmental Medicine, Arlington Heights, Illinois. |
| 1994-1998 | Chairman, Commission on Environmental and Occupational Health, State Medical Society of Wisconsin, Madison, Wisconsin. |
| 1994-1998 | Member, Great Lake Fish Consumption Advisory Protocol Panel, Michigan Environmental Science Board, Lansing, Michigan. |
| 1995-1998 | Member, Board of Scientific Counselors, Agency for Toxic Substances and Disease Registry, Atlanta, Georgia. |
| 1995-1996 | Member, Institutional Strategic Plan Task Force, Education Task Force for the Medical College of Wisconsin, Milwaukee, Wisconsin. |
| 1995-1996 | Member, Rehabilitation Center Task Force, Medical College of Wisconsin, Milwaukee, Wisconsin. |
| 2000-2007 | Member, Board of Directors, American College of Occupational and Environmental Medicine, Chicago, IL. |
| 2008-present | Member, Board of Directors, American College of Occupational and Environmental Medicine, Chicago, IL. |
| 2001-2002 | Member, Board of Directors, Vysis, Inc, Downers Grove, IL. |
| 2004-present | Member, Institute of Medicine of Chicago, Chicago, IL |
| 2005-2006 | Treasure, Medical Directors Club of Chicago, Chicago, IL |
| 2006-2007 | President, Medical Directors Club of Chicago, Chicago, IL |

## PUBLICATIONS

Editor, Oklahoma Communicable Disease Bulletin, a weekly publication covering current topics of public health interest. 1977-82.

Saah A, Mallonee J, Tarpay M, Thornsberry C, Roberts M, Rhoades E. "Relative Resistance to Penicillin in Pneumococcus: A Prevalence and Control Study," Journal of the American Medical Association, Volume 243, Number 18, 1980, pp. 1824-1827.

Bernard K, Roberts M, Sumner J, Winkler G, Mallonee J, Baer G, Chaney R. "Human Diploid Cell Rabies Vaccine," Journal of the American Medical Association, Volume 247, Number 8, 1981, pp. 1138-1142.

Morton D, Saah A, Silberg S, Owens W, Roberts M. "Lead Absorption Among Children of Employees in a Lead Related Industry," American Journal of Epidemiology, Volume 115, Number 4, April 1982, pp.549-555.

Vernon A, Thacker S, Roberts M, Mallonee J, Beauchamp H. "Rabies in Oklahoma: An Epidemiologic View of the Problem in Animals," Journal of the Oklahoma State Medical Association, Volume 76, Number 8, August 1982, pp. 293-299.

Helmick C, Vernon A, Schwartz S, Ward M, Roberts M. "Rabies in Oklahoma: Report of a Human Case," J. Okla State Medical Association, Volume 76, Number 8, August 1982, pp. 287-292.

Tacket C, Barrett T, Mann J, Roberts M, Blake P. "Wound Infection Caused by Vulnificus, A Marine Vibrio, In Inland Areas of the United States," Journal of Clinical Microbiology, 1984, Volume 19, pp.97-99.

Felsenfeld A, Roberts M. "A Report of Fluorosis in the United States Secondary to Drinking Well Water, "Journal of the American Medical Association, Volume 265, Number 4, January 1991, pp. 486-488.

Roberts MA, O'Brien M. "Public Health and the Environment: Where Do We Go From Here?" Invited Article, Wisconsin Public Health Association Newsletter, Milwaukee, Wisconsin, March 1994.

Clarke C, Mowat F, Kelsh, M, Roberts M. "Pleural Plaques: A Review Of Diagnostic Issues And Possible Non-Asbestos Factor," Archives of Env. & Occ. Health, Vol. 61, Number 4, July/August 2006, pg. 183-192.

Alexander D, Cushing C, Lowe K, Sceurman B, Roberts M. "Meta-analysis of animal fat or animal protein intake and colorectal cancer," Am. J. Clin. Nutr. 2009;89:1-8.

## BOOK CHAPTERS

Roberts MA. "Role of Aviation in the Transmission of Disease," Fundamentals of Aerospace Medicine. Second Edition, 1996, Chapter 33, pp. 1003-1015.

Hudson, TW, Roberts, MA, "Corporate Response to Terrorism", Clinics in Occupational and Environmental Medicine, "Terrorism: Biological, Chemical and Nuclear, Volume 2, Number 2, February 2003, pages 389-404.

## REPORTS/SURVEYS

Roberts, MA, Walker F., "Cancer Cluster Investigation in Ponca City Oklahoma," Oklahoma State Department of Health, 1988, Oklahoma City, Oklahoma.

Greaves WW, Roberts MA, Moore SJ. "Investigation of Employee Health," November 1990, Modine Manufacturing Company, Emporia, Kansas.

"Medical Waste Disposal in the State of Wisconsin: A Report of the Special Committee on Medical Waste Disposal, "Report to the Wisconsin Legislature, PUBL-AM-068-91, October 23, 1991, Madison, Wisconsin.

Roberts MA. "Investigation of Suspected Building Associated Illness in a Public School Building," December 1993, Milwaukee, Wisconsin.

Roberts MA, Cohen S. "Cancer Mortality Studies of a Petroleum Refinery Employee Cohort," January 1994, Milwaukee, Wisconsin.

Roberts MA, Cohen S. "Utility of Health Surveillance in a Petroleum Refinery Employee Cohort," April 1994, Milwaukee, Wisconsin.

Roberts MA, Kitscha D & Blessinger J. "Cohort Mortality Study Update of Employees at the Velsicol Chattanooga Plant 1943-1992," Milwaukee, Wisconsin.

Fischer LJ, Bolger PM, Calson GP, Jacobson JL, Knuth BA, Radike MJ, Roberts MA, Thomas PT, Wallace KB, Harrison KG. "Critical Review of a Proposed Uniform Great Lakes Fish Advisory Protocol," September, 1995. Michigan Environmental Science Board, Lansing. xii + 62p.

Roberts MA, Kitscha D. "Evaluation of Respiratory Complaints Associated with Metal Milling Processes," Milwaukee, Wisconsin. August 1996

Roberts MA, Kitscha D. "Evaluation of Indoor Air Quality in a Public School Setting: A Case Control Study," Kenosha, Wisconsin. October 1996

## COURSE STUDY GUIDES
### For Distance Learning Program

Roberts, MA, "Environmental Health: A Study Guide," Academic Program in Occupational Medicine, Medical College of Wisconsin, August 1992, Milwaukee, Wisconsin.

Roberts, MA, O'Brien, M. "Biostatistics: A Study Guide," Academic Program in Occupational Medicine, Medical College of Wisconsin, April 1994, Milwaukee, Wisconsin.


## PRESENTATIONS

"Preliminary Report on a Statewide Rabies Pre-exposure Prophylaxis Program," The International Northwestern Conference on Diseases in Nature Communicable to Man, August 12-14, 1974, Boise, Idaho.

# PRESENTATIONS (continued)

"Geographical and Ecological Distribution of Rocky Mountain Spotted Fever in Oklahoma," Twenty-seventh Annual Southwest Conference on Diseases in Nature Transmissible to Man, March 10-11, 1977, Austin, Texas.

"Foodborne Illness Incidence and Investigation," National Society of Professional Sanitarians' Annual Meeting, November 1-3, 1979, Springfield, Missouri.

"A Serosurvey of Brucella canis Antibody Titers in Dogs and Their Owners," Thirtieth Annual Southwest Conference on Diseases in Nature Transmissible to Man, March 27-28, 1980, Temple, Texas.

"A Human Rabies Case in Oklahoma," Thirty-second Annual Southwest Conference on Diseases in Nature Transmissible to Man, March 25-26, 1982, Austin, Texas.

"On the Other Side of the Fence," Seventy-fourth meeting, American Occupational Health Conference, April 29-May 5, 1989, Boston, Massachusetts.

"Indoor Air Pollution - Update," University of Tulsa Division of Continuing Education and the Center for Environmental Research and Technology, May 8-9, 1989, Oklahoma City, Oklahoma.

"Issues and Decisions in Environmental Health," University of Oklahoma Academy of Retired Professors, Sept 26, 1989, Norman, Oklahoma.

"Balancing Public Health and Environmental Health," Oklahoma Society of Professional Sanitarians. October 12, 1989, Oklahoma City, Oklahoma.

"Occupational Health and Epidemiology," University of Oklahoma, College of Public Health, Alumni Day 1989, Oklahoma City, Oklahoma.

"Environmental Aspects of Economic Development: Realities vs Perceptions," Leadership Oklahoma 1990, March 2, 1990, Ponca City, Oklahoma.

"Occupational Health Team Members and Resources," Practical Approaches to Occupational Medicine, March 3, 1990, Oklahoma City, Oklahoma.

"Putting Environmental Health Back in Public Health," South Carolina Public Health Association Annual Meeting, May 24, 1990. Myrtle Beach, South Carolina.

"Board Certification in Occupational Medicine," Industrial Epidemiology Forum, May 1990, Salt Lake City, Utah.

"Environmental Epidemiology in Relation to Occupational Medicine," Midwestern Medical Director's Association (Insurance Medicine), October 26, 1990, Wausau, Wisconsin.

"Environmental Medicine: Fact or Fantasy," Oklahoma College of Occupational Medicine, Fifteenth Annual Fall Educational Meeting, November 2-3, 1990, Edmond, Oklahoma.

"Drug Testing in the Workplace," 21st Annual Winter Refresher Course for Family Physicians, January 21, 1991, Milwaukee, Wisconsin.

## PRESENTATIONS (continued)

"Risk Communication: Challenge of Today's Society," Oklahoma Public Health Association Annual Meeting, April 4, 1991, Tulsa, Oklahoma.

"Social, Political and Legal Aspects of Environmental Health," American College of Occupational Medicine, State of the Art Conference, Seminar Director, October 28, 1991, St. Louis, Missouri.

"Workplace Standards Applied to the Non-Workplace Population," American College of Occupational Medicine, State of the Art Conference, October 31, 1991, St. Louis, Missouri.

"Strategic Planning for the Americans with Disabilities Act," Hospital Council of Greater Milwaukee Area, Co-Director, March 31, 1992.

"Health and Safety in the Health Care Workplace," Krukowski & Costello, S.C., Guest Speaker, June 6, 1992, Oconomowoc, Wisconsin.

"Trials and Tribulations of Occupational Medicine in Primary Care," Family Health Plan's Eight Annual Family Practice Symposium, Invited Speaker, August 5, 1992, Milwaukee, Wisconsin.

"Business Partnership Opportunities in Occupational and Environmental Medicine," Discussion Leader, Governor's Forum on Technological Transfer and Business Partnerships, September 24, 1992, Milwaukee, Wisconsin.

"Effects of the Americans with Disability Act on Industry," Wisconsin State Association of Occupational Health Nurses, 6th Annual Meeting, Invited Speaker, October 8, 1992, LaCrosse, Wisconsin.

"Community TB Control: The Good, the Bad and the Ugly," American Lung Associations' conference "TB in the '90s: An Aberration or an Epidemic?", Invited Speaker, October 16, 1992, Madison, Wisconsin.

"Occupational Medicine in the Hospital Setting," Medical Grand Rounds Williamsport Hospital & Medical Center, Invited Speaker, April 16, 1993, Williamsport Pennsylvania.

"Sick Building Syndrome: Fact or Fantasy?" Milwaukee Area Medical Directors' Association, January 23, 1994, Milwaukee, Wisconsin.

"Biological Monitoring from the Industrial Viewpoint," American Occupational Health Conference, April 15-22, 1994, Chicago, Illinois.

"Biological Monitoring," Session Moderator, American Occupational Health Conference, April 15-22, 1994, Chicago, Illinois.

"Occupational Health: Resolve to Reform," Keynote Address, Southeastern Wisconsin Association of Occupational Nurses Annual Meeting, May 11, 1994, Milwaukee, Wisconsin.

"ADA Issues in the Hospital Setting," St. Mary's Hospital Administrative Staff, January 11, 1995, Milwaukee, Wisconsin.

"Update on the Clinical and Epidemiological Aspects of Indoor Air Complaints," Indoor Air Quality Seminar, January 19, 1995, Madison, Wisconsin.

## PRESENTATIONS (continued)

"Plugging Occupational and Environmental Concepts into Medical Schools," ACOEM Session #137, "Integrating Environmental Health into Medical School Curricula," April 28-May 5, 1995, Las Vegas, Nevada.

"Bloodborne Pathogens: The Standard and Its Implementation," Milwaukee Area Medical Directors' Association, May 18, 1995, Milwaukee, Wisconsin.

"The Clinical Importance of Sick Building Syndrome," University of Oklahoma College of Medicine, Department of Family Medicine, Grand Rounds, August 24, 1995, Oklahoma City, Oklahoma.

"Psychological Factors in Occupational Medicine and Rehabilitation," Milwaukee Psychiatric Hospital, Invited Speaker, Contemporary Issues in Mental Health and Addiction Medicine, September 6, 1995, Milwaukee, Wisconsin.

"Multiple Chemical Sensitivity," Wisconsin State Association of Occupational Health Nurses, 8th Annual Meeting, Invited Speaker, October 4, 1995, Egg Harbor, Wisconsin.

"Health Problems Associated with Pesticide Contaminated Well Water" Conference on Common Rural and Agricultural Health Problems, sponsored by the Marshfield Clinic, May 9, 1996 Madison, Wisconsin.

"Indoor Air Complaint Evaluations: An Update", Central States Occupational Medicine Association, September 28, 1996, Milwaukee, Wisconsin.

"Summer and Vacation Safety," Milwaukee Area Safety Council, May 2, 1997, Milwaukee, Wisconsin.

"Basic Safety & Health for Occupational Health Practitioners," Veterans Affairs Medical Center, September 12, 1997, Little Rock, Arkansas.

"Epidemiological Issues in Welding Fume Exposure." Harris Martin Welding Rods Conference, June 16th, 2004, San Francisco, California.

"Silica: Complex Made Simple," Ohio Association of Civil Trial Attorneys Asbestos & Silica Litigation Conference, September 29, 2004, Cleveland, Ohio.

"Diagnosing and Proving Manganese Exposure." Mealey's Welding Rod Litigation Conference, October 8, 2004, West Palm Beach, Florida.

"Epidemiological Issues in Welding Fume Exposure." Mealey's Welding Rod Litigation Conference, November 15, 2004, New Orleans, Louisiana.

"Welding Rod Litigation: A Primer on the Legal and Medical/Science Issues," DRI Telephone Conference, March 8th, 2005, Chicago, Illinois.

"Diagnosing and Proving Manganese Exposure." ACI Second National Forum on Welding Rod Litigation, June 20, 2005, Chicago, Illinois.

"What's the Next Deep Pocket Mass Tort to Hit the Automotive Industry?" Product Liability-Hot Topics Seminar for Defense Counsel, September 14, 2005, Troy, Michigan.

"Emerging Health Issues in Welding." Chicago Section AIHA and Northeastern IL Chapter of ASSE, November 16, 2005, Palatine, Illinois.

## PRESENTATIONS (continued)

"Rules of the Communication Road." AIHce 2007 Roundtable "Communicating Risk / Communicating Cause," June 6, 2007, Philadelphia, PA.

"Integration of Health and Productivity Programs with Safety Performance" CICI Conference, November 27, 2007, Willowbrook, IL

"Advanced Epidemiology: The Good, The Bad and The Ugly," DRI Complex Medicine Seminar, November 13, 2008, San Diego, CA

"Careers in Occupational and Environmental Health: Public Health, Corporate Practice, Academia or Consulting?" UIC Occupational and Environmental Medicine Conference, March 4, 2009, Chicago, IL

## POSTER SESSIONS

Roberts MA. "TOMES/CCIS Computerized Information Systems," Health Information Technology Symposium, Medical College of Wisconsin, November 8, 1990, Milwaukee, Wisconsin.

Roberts MA, Lindemann J, Simpson D, and Tyborski M "Computerization of the Educator's Portfolio," Central Group on Educational Affairs, Innovations in Medical Education, Central Region Research in Medical Education, April 22, 1994, Chicago, Illinois.

Roberts MM, Parks TJ, Wertsch JJ, and Roberts MA, "Ulnar Sensory Responses in the Elderly", American Academy of Electromyography, Annual Scientific Meeting, September 30-October 1, 1994, San Francisco, California.

## POSTERS

Roberts MM, Parks TJ, Wertsch JJ, Roberts MA. "Median, Ulnar, and Radial Sensory Responses in the Elderly," American Academy of Electromyography, Annual Scientific Meeting, September 30-October 1, 1994, San Francisco, California.

Roberts MA, Lindemann J, Simpson D, and Tyborski M "Results of Beta Testing of the Computerized Version of the Educator's Portfolio, 33rd Annual Research in Medical Education Conference, Association of American Medical Colleges, October 30-November 1, 1994, Boston, Massachusetts.

Lindeman J, Roberts M, Simpson D. The Educator's Portfolio: Beta testing of the Computerized Version, Electronic Poster Session, 28th Annual STFM Spring Conference, New Orleans, 1995.

## ABSTRACTS

Hegmann KT, Greaves WW, Moore SJ, Roberts MA. "Case-Control Study of Respiratory and Reproductive Symptoms at an Automobile Parts Manufacturing Facility." Accepted for Society for Epidemiological Research, June 15-18, 1994, Miami Beach, Florida.

Alexander DD, Cushing CA, **Roberts MA**. Quantitative assessment of red and processed meat intake and kidney cancer. Experimental Biology, New Orleans, LA 2009.

## EDUCATIONAL ACTIVITIES

Undergraduate

| | |
|---|---|
| 1992-97 | Lecturer, M-3 Ambulatory Medicine Course, Topic "Low Back and Shoulder Examination" |
| 1992-97 | Lecturer, M-1 Gross Anatomy, Topic "Plug in Concepts related to Low Back Pain," includes a series of 4 team-taught lectures. |
| 1994-97 | Senior Elective Preceptor, Occupational & Environmental Medicine Medical College of Wisconsin. |
| 1995-97 | M-1 Mentor Program for Medical students at Medical College of Wisconsin |

Graduate

| | |
|---|---|
| 1992-98 | MPH Student Project Advisor, Distance Learning Program at Medical College of Wisconsin |
| 1992-98 | Epidemiology Course Coordinator and Primary Instructor, Masters Degree in Public Health (General Preventive Medicine, Public Health and Occupational Medicine) Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, Wisconsin (Ave 49 students per trimester.) |
| 1992-98 | Environmental Health Course Coordinator and Primary Instructor, Masters Degree in Public Health (General Preventive Medicine, Public Health and Occupational Medicine) Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, Wisconsin (Ave 36 students per trimester). |
| 1992-1994 | Biostatistics Course Coordinator and Primary Instructor, Masters Degree in Public Health (General Preventive Medicine, Public Health and Occupational Medicine) Medical College of Wisconsin, Department of Preventive Medicine, Milwaukee, Wisconsin (Ave 34 students per trimester). |
| 1992-97 | Waukesha Memorial Hospital Family Medicine Residency Program, Resident supervisor for rotations in Occupational Medicine. |
| 1993-97 | Columbia Family Practice Residency Program, Resident supervisor for rotations in Occupational Medicine. |
| 1995 | Course Director and lecturer, Basic Curriculum in Occupational Medicine Part II presented to physicians attending the American College of Occupational and Environmental Medicine Meeting, October 21-22, 1995 Seattle, Washington. |
| 1995-99 | Lecturer, Basic Curriculum in Occupational Medicine Part II presented to physicians attending the American College of Occupational and Environmental Medicine Meetings |

## EDUCATIONAL ACTIVITIES (continued)
CME Courses

    Video Production- "Musculoskeletal Workshop Low Back/Shoulder Exam," a one hour presentation distributed by the Division of Educational Services, Medical College of Wisconsin, 1994.

CME Courses (continued)

    Employee Health Services in the Hospital Setting, American Practitioners of Infection Control and Epidemiology, St. Michael's Hospital, October 6, 1994.

Educational Software Development

    Educator's Portfolio --Directed the development of a computer software package to track educational activities of faculty members

Community Service Media Relations

1994-97    Seminars and Presentations related to Media Interaction

    "Working with the Media," Medical College of Wisconsin Symposium, Milwaukee, Wisconsin, September 20, 1995.

*National Television*

    Public Broadcast System (PBS) Series "The World Can Make You Sick," Milwaukee, Wisconsin, November 19, 1993.

    CNN News "A Health and Safe Thanksgiving," a five part series on preparation for Thanksgiving produced here in Milwaukee and aired on nationally on CNN November 28, 1996.

    TiP-TV "Keys to Good Health: Wellness Programs & Preventive Medicine," June 6, 1997, 2:00-3:30 CTD, General Electric Company, 900 sites worldwide and approximately 15,000 participants.

    Educational Outreach Video Conference, Managing Your Health & Health Care Program, "Maintaining a Healthy Lifestyle," a 2 ½ hour broadcast presentation, Brookfield, Wisconsin, November 21, 1996.

    Moderator, Spring Educational Outreach Program, Childrens' Health and Parenting, "Perinatal to Newborn," a 2 ½ hour broadcast presentation, Brookfield, Wisconsin, April 3, 1997.

    Moderator, Spring Educational Outreach Program, Childrens' Health and Parenting, "Elementary School Ages," a 2 ½ hour broadcast presentation, Brookfield, Wisconsin, April 17, 1997.

## EDUCATIONAL ACTIVITIES (continued)

*Local Television*

| | |
|---|---|
| 1994-97 | Write and Co-produce twice weekly segments addressing public health and clinical issues for WITI Channel 6 TV viewing audience estimated at 37,000 in greater Milwaukee area. |

*Print Media*

| | |
|---|---|
| 1991-97 | Milwaukee Journal/Sentinel<br>Frequent contributor to issues related to Preventive Medicine and Public Health. |

*Magazines*

Safety and Health, September 1994, "Does Multiple Chemical Sensitivity Exist?"

*Radio (Commercial and Public Stations)*

| | |
|---|---|
| 1992-97 | Frequent contributor to issues related to Preventive Medicine and Public Health for the Milwaukee radio market. |
| | WTMJ-AM 620 Noon Show "Industrial, Environmental, and Occupational Medicine," July 18, 1994. |
| | PBS Kathleen Dunn, Kathleen Dunn Show, WHAD-FM Wisconsin Public Radio discussing "Ebola Virus in Africa." |

## PROFESSIONAL SOCIETIES:

American College of Occupational and Environmental Medicine
Chicago Area Medical Directors Association
State Medical Society of Illinois
American Medical Association
American Industrial Hygiene Association

## REFERENCES UPON REQUEST