# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RYAN DEKEYSER, THOMAS COOPER,
HARLEY GRANIUS, and CARLOS LANTZ,
on behalf of themselves and others
similarly situated,

        Plaintiff,

      v.                                      Case No.  08-C-488

THYSSENKRUPP WAUPACA, INC., d/b/a
Waupaca Foundry, Inc.,

        Defendant.

---

### ORDER

---

    Plaintiffs have moved the Court pursuant to L.R. 7(h) and Rule 25 of the Federal Rules of Civil Procedure to substitute Michele Leopold in place of deceased opt-in Plaintiff Patrick Leopold. Defendant has not opposed Plaintiffs' Motion. The Court having considered the Motion and being fully advised of its premises,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.  Michele Leopold is substituted as a proper party in place of deceased opt-in Plaintiff Patrick Leopold, pending the filing of her Letter of Special Administration.

    Dated this ____4th____ day of November, 2011.


                         s/ William C. Griesbach
                        William C. Griesbach
                        United States District Judge