UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN DEKEYSER, et al.,

    Plaintiff,

v.                                                  Case No. 08-C-488

THYSSENKRUPP WAUPACA INC.,

    Defendant.

## ORDER REGARDING UNSEALING RECORD

      The Court previously ordered that certain sections of the record in this matter be unsealed. Based upon the hearing held on November 21, 2012, the Court hereby VACATES its previous order concerning unsealing to the extent that it required the unsealing of medical records of individual employees and any other individuals that were submitted as part of the evidence in this case. The court finds good cause based on the privacy concerns of the individuals affected, as indicated by counsel for the plaintiffs. Since the medical records will remain under seal, the parties need not redact them to remove information such as birth dates. Fed. R. Civ. P. 5.2(d). In addition, the time within which to comply with the court's order directing the parties to advise the clerk as to the specific portions of the record that is to remain under seal in light of the court's previous rulings is extended to December 15, 2012.

      **SO ORDERED** this __26th__ day of November, 2012.

                                                               s/ William C. Griesbach
                                                              William C. Griesbach, Chief Judge
                                                              United States District Court