# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**RYAN DEKEYSER, et al.,**

    Plaintiff(s),

      v.         **FAIRNESS HEARING**
                   Case No. 08-C-488

**WAUPACA FOUNDRY, INC.,**

    Defendant(s).,

---

**JASON VANHOOSE, et al.,**

    Plaintiff(s),

      v.

                   Case No. 18-C-1193

**WAUPACA FOUNDRY, INC.,**

    Defendant(s).

---

**MICHAEL SARRELL, et al.,**

    Plaintiff(s),

      v.

                   Case No. 18-C-1192

**WAUPACA FOUNDRY, INC.,**

    Defendant(s).

---

**HOY GARRETT, JR., et al.,**

    Plaintiff(s),

      v.

                   Case No. 18-C-1186

**WAUPACA FOUNDRY, INC.,**

    Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 1:59 p.m.
Proceeding Held: January 24, 2019           Time Concluded: 2:09 p.m.
Deputy Clerk: Mara                  Tape: 012419

**Appearances:**

**Plaintiff(s):**   John Gordon Rudd, Jr.
T. Joseph Snodgrass

**Defendant(s):**   Paul E. Benson
Mitchell Quick – via telephone
Erik Ellingson – Waupaca Foundry Inc.'s general counsel

---

Mr. Snodgrass states there are no objections as to the parties' proposed settlement and that the effective date of the settlement will come within 30 days after the final judgment is entered.
The Court inquires if Waupaca Foundry, Inc. has changed its policy.
Parties discuss the changes and regulations that took effect over time.

**The Court grants the parties' unopposed motion for final approval of the parties' proposed settlement and motion for an award of attorneys' fees. The case will be dismissed with prejudice.**