# United States District Court

EASTERN DISTRICT OF WISCONSIN

RYAN DEKEYSER, et al., on behalf
of themselves and all others similarly situated,

       Plaintiffs,

       v.                                   **JUDGMENT IN A CIVIL CASE**
                                                         Case No. 08-C-488

WAUPACA FOUNDRY, INC.
f/k/a THYSSENKRUPP WAUPACA, INC.,

       Defendant.
_____

HOY GARRETT, JR., et al.,

       Plaintiffs,

       v.                                                  Case No. 18-C-1186

WAUPACA FOUNDRY, INC.,

       Defendant.
_____

MICHAEL SARRELL, et al., on behalf
of themselves and others similarly situated,

       Plaintiffs,

       v.                                                  Case No. 18-C-1192

WAUPACA FOUNDRY, INC.,

       Defendant.
_____

JASON VANHOOSE, et al., on behalf
of themselves and others similarly situated,

        Plaintiffs,

      v.                         Case No. 18-C-1193

WAUPACA FOUNDRY, INC.,

        Defendant.

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration of a Motion to approve the Settlement Agreement submitted by the parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Parties' class-wide Settlement Agreement in the above-captioned Actions is fair and reasonable and is hereby approved. All of the claims asserted herein having been finally settled, compromised and resolved, these actions are dismissed on its merits and with prejudice. The Court shall retain jurisdiction solely for purposes of post-judgment enforcement of the Settlement Agreement.

                        Approved:    s/ William C. Griesbach
                                           William C. Griesbach, Chief Judge
                                           United States District Court

Dated: January 25, 2019

                                           STEPHEN C. DRIES
                                           Clerk of Court

                                           s/ Mara A. Corpus
                                           (By) Deputy Clerk